William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 6995

Council House, Claimant, vs. State of Illinois, Department of Mental Health, Respondent.

*Opinion filed March 2, 1973.*

Council House, Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 7006

Gulf Oil Company—U.S., Claimant, vs. State of Illinois, Department of Transportation, Respondent.

*Opinion filed March 2, 1973.*

Gulf Oil Company—U.S., Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.